

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00624-CR

Clifton **COURTNEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-1865-CR
Honorable William Old, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 15, 2018.

_____
Rebeca C. Martinez, Justice